AO 91 (Rev. 5//85) Criminal Complaint

# United States District Court

## FOR THE JUDICIAL DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

v.

**NELSON MARTINEZ REYNOSO**
aka "Juan Ortiz Vazquez"

**CRIMINAL COMPLAINT**

**CASE NUMBER: 08-74(M)**

I, the undersigned being duly sworn state the following is true and correct to the best of my knowledge and belief:

On or about November 27, 2008, in the District of Puerto Rico and elsewhere, and within the jurisdiction of this Court, the defendant herein, knowingly and unlawfully uttered, possessed, and used documents prescribed by statute or regulations as evidence of authorized stay in the United States, to wit: a Puerto Rico Driver's License number 2097736, and a social security card number xxx xx 6885, issued under the name of "Juan Ortiz Vazquez", which the defendant knew to be forged or unlawfully obtained, in violation of Title 18, United States Code, Section 1546(a).

I further state that I am <u>Antonio Prada, U.S. Customs and Border Protection, Enforcement Officer;</u> and that this complaint is based on the following facts:

**See Affidavit attached.**

**BOND RECOMMENDATION: Defendant to be detained without bail.**
Filing of Complaint authorized by:

AUSA Evelyn Canals
Date: *12/2/08*

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:  _X_ Yes  _ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

*12/2/08*
Date                                                                    at

**BRUCE J. McGIVERIN**
U.S. Magistrate Judge
Name & Title of Judicial Officer

**SAN JUAN, PUERTO RICO**
City and State

Signature of Judicial Officer